**Randall A. TERRY, Appellant,**

**v.**

**Troy NEWMAN, Appellee.**

No. 2014–1036.

United States Court of Appeals, Federal Circuit.

May 14, 2014.

Rehearing En Banc Denied July 17, 2014.

Michael S. Culver, Millen White Zelano & Branigan PC, of Alexandria, VA.

Brian Gibbons, Brian R. Gibbons, P.A., of Orlando, FL, argued for appellee.

TARANTO, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**